JAMES A. McGRAW, Respondent, *v.* GEORGE SELKIS et al., Appellants, Impleaded with Others.

Argued September 27, 1937; decided October 5, 1937.

*Patrick J. Keniry* for motion.
*James Heffernan,* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.

JOHN P. PARSONS, Respondent, Impleaded with Another, *v.* LIBERTY NATIONAL BANK AND TRUST COMPANY, Appellant.

Submitted September 27, 1937; decided October 5, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 522.)